IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ERNEST HOLLIDAY,

CASE NO.:

Plaintiff,

-vs-

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

Defendant.
_______________________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, ERNEST HOLLIDAY, by and through his undersigned attorneys, and sues Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE (hereinafter CARNIVAL) and alleges:

1. This is an action for damages that exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs and attorneys' fees.

2. This court has jurisdiction pursuant to 28 USC §1333 and the Contract of Carriage.

3. Plaintiff has satisfied and performed all conditions precedent for bringing this action.

4. At all times material hereto, Plaintiff, ERNEST HOLLIDAY, was a resident of Philadelphia, Pennsylvania.

5. At all times material hereto, the Defendant, CARNIVAL, maintained offices and agents and was doing business in the State of Florida, at 3655 N.W. 87th Avenue, Miami, FL 33718, in Miami-Dade County, Florida.

6. At all times material hereto, Defendant, CARNIVAL was the bareboat charterer, pro hac vice owner, owner and/or operator of the cruise vessel CARNIVAL MARDI GRAS, a pleasure cruise vessel which Defendant used to transport fare-paying passengers from Port Canaveral, Florida.

7. At all times material hereto, the Defendants owed a duty of reasonable care under the circumstances to the Plaintiff who was a fare-paying passenger aboard the Defendants cruise ship, CARNIVAL MARDI GRAS.

8. On or about September 23, 2023, Defendant negligently maintained the deck of the lido deck between the stairs and pool aboard the CARNIVAL MARDI GRAS. Specifically, CARNIVAL allowed a rain water on the lido deck to remain on the floor without which created the dangerous condition, when Defendant reasonably should have under the circumstances. In fact, the it had been raining and the entire exposed ship was wet. The lido deck was completely covered in water.

9. Defendant knew, or in the exercise of reasonable care under the circumstances, should have known of the negligently maintained lido deck area, as well as the dangerous condition it created, and failed to adequately correct the condition and/or warn Plaintiff of the danger. The crew placed warning signs in an area that the plaintiff did not or could not see, thereby acknowledging the dangerous condition of the deck.

10. On September 23, 2023, Plaintiff, ERNEST HOLLIDAY, was walking to breakfast when he slipped and fell on rain water on lido deck and as a direct and proximate result of Defendant's failure to reasonably maintain the lido deck floor area, Plaintiff was injured.

11. On the date and at the place aforesaid, the Defendant, CARNIVAL, breached its duty owed to the Plaintiff, ERNEST HOLLIDAY, by committing one or more of the following omissions or commissions:

a. Negligently failing to maintain or adequately maintain the lido deck;

b. Negligently failed to inspect or adequately inspect the lido deck;

c. Negligently failed to warn or adequately warn the Plaintiff, ERNEST HOLLIDAY, of the danger of the wet lido deck, when the Defendant, CARNIVAL, knew or should

have known of said danger and that the Plaintiff, ERNEST HOLLIDAY, was unaware of said danger; and

d. Negligently failed to correct, or adequately correct the dangerous condition of the wet lido deck when said dangerous condition was known to the Defendant, CARNIVAL, or had existed for a sufficient length of time so that the Defendant should have known of it.

12. As a direct and proximate result of the negligence of the Defendant, CARNIVAL'S failure to use reasonable care under the circumstances, the Plaintiff, ERNEST HOLLIDAY, suffered serious bodily injury, resulting in pain and suffering, disability, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and ability to earn money. Plaintiff, ERNEST HOLLIDAY continues to have pain, and as such, continues to seek treatment. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, ERNEST HOLLIDAY, demands judgment against the Defendant, CARNIVAL for compensatory, pre-judgment interest, post judgment interest, costs and general relief, and further demands a trial by jury on all issues so triable.

DATED this 12th day of June 2024.

/s/ Adam Brum

Adam Brum, Esquire
Florida Bar #: 999512
Morgan & Morgan
111-2nd Avenue NE, Suite 1600
St. Petersburg, FL 33701
Tele: (727) 318-6357
Fax: (727) 318-6382
abrum@forthepeople.com
sgibsonpeters@forthepeople.com
mcollier@forthepeople.com
Attorney for Plaintiff